appeal. Motion denied.

O'NEILL, J., dissents.

FISCHER and DEWINE, JJ., not participating.

**2017–1173.   State v. Adams.**

Lorain App. No. 15CA010868, 2017-Ohio-1178. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days of the date of this entry.

O'CONNOR, C.J., and FRENCH and FISCHER, JJ., dissent.

**2017–1206.   In re D.F.**

Coshocton App. Nos. 2016CA0015 and 2016CA0016, 2017-Ohio-7307. On motion for stay of appellate decision. Motion granted.

O'DONNELL and O'NEILL, JJ., dissent.

**2017–1244.   Bank of Am., N.A. v. Brown.**

Cuyahoga App. No. 105954. On motion for stay of eviction, stay of sheriff sale, and to restore all utilities back into movant's name. Motion denied.

**2017–1277.   Martens v. Findlay.**

Hancock App. No. 5–17–20. On amended motion for stay pending appeal and for expedited ruling. Motion denied.

**2017–0256.   State v. Hamilton.**

Lorain App. No. 15CA010830, 2017-Ohio-230. Cause accepted, judgment vacated, and cause remanded to trial court for application of *State v. Gonzales*, 150 Ohio St.3d 276, 2017-Ohio-777, 81 N.E.3d 419. Appellee's motion to dismiss denied.

O'NEILL, J., dissents and would accept the cause and affirm the decision of the court of appeals pursuant to *State v. Gonzales*, 150 Ohio St.3d 261, 2016-Ohio-8319, 81 N.E.3d 405.

**2017–0936.   State v. Bowshier.**

Clark App. No. 2015–CA–54 and 2015–CA–73, 2017-Ohio-1386. Cause accepted on proposition of law No. I.

O'CONNOR, C.J., and O'DONNELL and O'NEILL, JJ., dissent.